DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
GORDON TRUCKING, INC. and ELWOOD HILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SEPE,<br><br>       Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., ELWOOD HILL and DOES 1-30,<br><br>       Defendants. | Case No. 2:12-cv-01639-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DATE**<br><br>**[F.R.C.P. 16]**<br><br>Expert Disclosure Date: 6/17/13<br>Supplemental Expert Disclosure Date: 7/17/13<br>Discovery Cutoff Date: 9/1/13 |

# ORDER

Good cause appearing, it is hereby ORDERED that the date set forth in the Court's October 3, 2012 scheduling order setting Rebuttal Expert Disclosure for July 17, 2013 is hereby MODIFIED. The Court hereby ORDERS that Rebuttal Expert Disclosure in this case take place on or before August 7, 2013.

Dated: July 12, 2013

_____
Troy L. Nunley
United States District Judge