DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
GORDON TRUCKING, INC. and ELWOOD HILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SEPE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GORDON TRUCKING, INC., ELWOOD HILL and DOES 1-30,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01639-TLN-CKD<br><br>**ORDER ON STIPULATION ON CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT** |

# ORDER

Based on the stipulation of the parties and good cause appearing, the court hereby ORDERS that all claims and allegations for punitive damages against defendants GORDON TRUCKING, INC. and ELWOOD HILL are hereby struck from plaintiff ROBERT SEPE's complaint, including, Page 4, lines 15-25; page 5, line 1 of the Complaint; and page 6, line 12 of the Prayer for Relief contained in the Complaint.

IT IS FURTHER ORDERED that Plaintiff ROBERT SEPE is barred from pursuing any claims for punitive or exemplary damages with respect to this litigation, United States District Court for the Eastern District of California case number 2:12-cv-01639 TLN-CKD against

defendants GORDON TRUCKING, INC. or ELWOOD HILL.

Dated: July 12, 2013

_____
Troy L. Nunley
United States District Judge