1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  ANTHONY R. ROSSMILLER, State Bar No. 215652
   1545 River Park Drive, Suite 201
3  Sacramento, California 95815
   Telephone: (916) 565-6222
4  Telecopier: (916) 565-6220

5  Attorneys for Defendants
   GORDON TRUCKING, INC. and ELWOOD HILL
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   ROBERT SEPE, JR.,                        )   CASE NO.  2:12-CV-01639-KJM-GGH
10                                          )
                 Plaintiff,                 )
11                                          )   **DEFENDANTS GORDON**
   vs.                                      )   **TRUCKING, INC. and ELWOOD**
12                                          )   **HILL'S  RULE 26 REBUTTAL**
   GORDON TRUCKING, INC., A Washington      )   **EXPERT WITNESS LIST AND**
13 Corporation; ELWOOD HILL and DOES 1 to   )   **REPORTS**
   30,                                      )
14                                          )
                                            )
15               Defendants.                )
                                            )
16 ─────────────────────────────────────────

17        Pursuant to the Court's revised scheduling order dated July 12, 2013, Defendants

18 GORDON TRUCKING, INC. and ELWOOD HILL hereby submit the following list of rebuttal

19 expert witnesses who may be called to testify at the time of trial in this matter along with the

20 witnesses' FRCP Rule 26 reports:

21 **RETAINED EXPERTS**

22
   **Exhibit F - Rule 26 Report of Carla H. Kelley, MRC, CRC, CDMS**
23 Carla H. Kelley, MRC, CRC, CDMS
   1300 Clay Street, Suite 600
24 Oakland, CA 94612
   (510) 466-6337
25

26        Carla Kelley is a vocational rehabilitation consultant with thirty-three years' experience

DEFENDANTS' RULE 26 REBUTTAL
EXPERT WITNESS LIST AND REPORTS              - 1 -

1    as a vocational rehabilitation counselor.  Ms. Kelley holds a  bachelor's degree  in

2    rehabilitation counseling from Wright State University in Dayton, Ohio, and also holds a

3    master's degree in vocational rehabilitation education from Wright State.  Ms. Kelley is a

4    Certified Rehabilitation Counselor and a Certified Disability Management Specialist.  She is

5    currently in private practice in the field of vocational rehabilitation.  A complete list of Ms.

6    Kelley's qualifications is attached and contained in Exhibit "F" hereto.

7        Ms. Kelley will provide expert testimony based upon her review of case materials,

8    including but not limited to her review of the medical, vocational, employment and

9    educational history and/or records of Plaintiff Robert Sepe. Ms. Kelley will testify regarding

10   Robert Sepe's vocational options/opportunities in the past, present and future. Ms. Kelley

11   will provide testimony on the vocational rehabilitation evaluation she has prepared

12   regarding plaintiff Robert Sepe.  Ms. Kelley will also provide testimony on the vocational

13   rehabilitation efforts conducted on behalf of and/or by Robert Sepe and/or Robert Sepe's

14   ability to obtain gainful employment.   Ms. Kelley will also offer testimony on the opinions

15   of plaintiff's vocational expert, Greg Sells, that were previously set forth in his Rule 26

16   reports and/or deposition testimony, and any additional opinions offered by Mr. Sells as

17   soon as those opinions are known to her. Ms. Kelley may also offer testimony regarding the

18   opinions of other experts in this case.

19   _____

20   **Exhibit G - Rule 26 Report of Mark Cohen, M.S.**
Mark Cohen

21   Cohen/ Volk Economic Consulting Group
3650 Mt. Diablo Blvd., Suite 104

22   Lafayette, CA 94549
(925) 299-1200

23

24        Mark Cohen is a principal and chief economist at the Cohen/ Volk Economic

25   Consulting Group. He has been actively employed as a professional economist since 1984.

26   He holds a bachelor's degree in Business Administration from the University of California/

Berkeley and a master's degree in Management from Boston University. He also holds a master's degree in counseling from St. Mary's College. Mr. Cohen is a certified earnings analyst. Mr. Cohen has also authored several articles relating to economic evaluation and analysis. A complete list of Mr. Cohen's qualifications are attached and contained in Exhibit "G" hereto.

Mr. Cohen will provide expert testimony based upon his review of case materials, including but not limited to his review of the vocational, employment, and earnings history and/or records of Plaintiff Robert Sepe. Mr. Cohen will testify regarding plaintiff Robert Sepe's claimed economic damages, past, present and future. Mr. Cohen will likewise testify on his investigation of plaintiff's claimed lost wages, loss of earning capacity, overtime, benefits, retirement and general economic losses, past, present and future. He will likewise testify as to his economic damage analysis regarding plaintiff's claimed past and future financial earnings, contributions, retirement benefits, medical benefits, specialty pay, overtime pay, and other employment-related benefits, actual earnings, earning capacity, work-life expectancy, overtime pay, incentive pay, periodic raises/ salary increases, step increases, cost of living increases, present value calculations, annual growth rates, and related matters. Mr. Cohen will also offer testimony on the opinions of plaintiff's economic expert, Robert Mistretta, that were previously set forth in his Rule 26 reports and/or deposition testimony, and any additional opinions offered by Mr. Mistretta as soon as those opinions are known to him. Mr. Cohen may also offer testimony regarding the opinions of other experts in this case.

---

Defendants reserve the right to present lay opinion testimony at trial rationally based upon facts perceived by those witnesses under Rule 701 of the Federal Rules of Evidence. Defendants specifically reserve the right to amend and/or supplement this disclosure based

DEFENDANTS' RULE 26 REBUTTAL
EXPERT WITNESS LIST AND REPORTS                - 3 -

1  upon the plaintiff's disclosure of expert witnesses and based upon opinions rendered by

2  plaintiff's expert witnesses that cannot be anticipated at this point in discovery.

3  ///

4  ///

5  ///

6  ///

7

8  DATED: August 7, 2013                    DIEPENBROCK & COTTER, LLP

9

10                                           By:_____

11                                                JOHN P. COTTER
                                                  ANTHONY R. ROSSMILLER
                                                  Attorneys for Defendants
12                                                GORDON TRUCKING, INC. and
                                                  ELWOOD HILL

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' RULE 26 REBUTTAL
EXPERT WITNESS LIST AND REPORTS              - 4 -

*Name of Case: Sepe v. Gordon Trucking, Inc., et al.*
*USDC – Eastern District of California: 2:12-cv-01639-GGH*

### PROOF OF SERVICE
**CCP § 1012, 1013b, 2015.5; CRC, Rule 2008**

I, the undersigned, declare that:

I am employed in the County of Sacramento, State of California. I am over 18 years of age and not a party to the within action; my business address is 1545 River Park Drive, Suite 201, Sacramento, California 95815.

On the indicated date below, I served the following document(s) described as:

**DEFENDANTS GORDON TRUCKING, INC. AND ELWOOD HILL'S RULE 26 REBUTTAL EXPERT WITNESS LIST AND REPORTS**

| | |
|---|---|
| **X** | **VIA MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. |
| | **VIA PERSONAL SERVICE.** I caused to be delivered the above-listed document(s) by hand to the office of the person(s) listed below. |
| | **VIA FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below. |

On the following interested parties in this action:

| | |
|---|---|
| Rudy Nolen<br>Tim Frounfelker<br>Nolen Law Firm<br>1501 28th Street<br>Sacramento, CA 95816<br>Tel:    (916) 733-0600<br>Fax:    (916) 733-0601<br>*Attorneys for Plaintiff* | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2013, at Sacramento, California.

Mary Porter