UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT SEPE, Jr., | No. 2:12-CV-01639 TLN CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST FOR A HEARING AND RESETTING TRIAL DATE** |
| GORDON TRUCKING, INC. et al., | |
| Defendant. | |

This matter is before the Court pursuant to Plaintiff's request for a hearing. Plaintiff has indicated that he is "dismayed by the Court's assignment of a trial date in August of next year" and requests that the Court reschedule Plaintiff's trial for an earlier date. (ECF No. 53.) Although the Court is sympathetic to Plaintiff's situation, the Court does not have an earlier date available. Therefore, the Court sees no reason to further burden its calendar with a hearing when it is unable to grant Plaintiff's request. Thus, the trial date is hereby reset for Monday, August 24, 2015 at 9:00 am.   Should the parties desire to have their case heard at an earlier date, they may consent to have their trial before a Magistrate Judge pursuant to Local Rule 301.

IT IS SO ORDERED.

Dated: May 30, 2014

Troy L. Nunley
United States District Judge

1