Rudy Nolen, State Bar No. 059808
**NOLEN LAW FIRM**
1501 28th Street
Sacramento, California 95816
Telephone: (916) 733-0600
Facsimile: (916) 733-0601

Attorney for Plaintiff,
ROBERT SEPE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SEPE, JR., <br><br>　　　　　Plaintiff, <br><br> vs. <br><br> GORDON TRUCKING, INC., A Washington Corporation; ELWOOD HILL; and DOES 1 through 30, <br><br>　　　　　Defendants. | CASE NO. 2:12-CV-01639-TLN-CKD <br><br> **ORDER RE: PLAINTIFF ROBERT SEPE, JR.'s MOTION FOR NEW TRIAL** <br><br> **[L.R. 137]** <br><br> **Hearing**: <br><br> Date: January 14, 2016 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 2, 15th Floor <br> Judge: Hon. Troy L. Nunley <br><br> Trial Date: August 24, 2015 |

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby ORDERS that the hearing on Plaintiff ROBERT SEPE, JR.'s Motion for New Trial be continued from December 10, 2015 to January 14, 2016.

IT IS FURTHER ORDERED that Plaintiff ROBERT SEPE, JR. file his Supplemental/Amended Motion for New Trial on or before November 20, 2015.

IT IS FURTHER ORDERED that Defendants GORDON TRUCKING INC., and

ELWOOD HILL file their opposition to Plaintiff ROBERT SEPE, JR.'s Supplemental/Amended Motion for New Trial no later than14 days before the new hearing date for the motion, or December 31, 2015.

    IT IS FURTHER ORDERED that Plaintiff ROBERT SEPE, JR. file any reply to the opposition by Defendants GORDON TRUCKING and ELWOOD HILL to Plaintiff's Supplemental/Amended Motion for New Trial no later than 7 days before the new hearing date for the motion, or January 7, 2016.

Dated: November 3, 2015

Troy L. Nunley
United States District Judge