DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
ANTHONY R. ROSSMILLER, State Bar No. 215652
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
GORDON TRUCKING, INC. and ELWOOD HILL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SEPE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GORDON TRUCKING, INC. A Washington Corporation, ELWOOD HILL and and DOES 1 through 30, <br><br> Defendants. | Case No.  2:12-cv-01639-TLN-CKD <br><br> **ORDER  RE: PLAINTIFF ROBERT SEPE, JR.'s  MOTION FOR NEW TRIAL** <br><br> **[L.R. 137]** <br><br> **Hearing**: <br><br> Date:    January 14, 2016 <br> Time:    2:00 p.m. <br> Dept.:   Courtroom 2, 15th Floor <br> Judge:   Hon. Troy L. Nunley <br><br> Trial Date: August 24, 2015 |

## ORDER

Based on the stipulation of the parties and good cause appearing, the court hereby ORDERS that the hearing on Plaintiff ROBERT SEPE, JR.'s Motion for New Trial be continued from January 14, 2016 to February 11, 2016.

IT IS FURTHER ORDERED that Defendants GORDON TRUCKING INC., and ELWOOD HILL file their opposition to Plaintiff ROBERT SEPE, JR.'s supplemental Motion for New Trial no later than 14 days before the new hearing date for the motion, or January 28, 2016.

IT IS FURTHER ORDERED that Plaintiff ROBERT SEPE, JR. file any reply to the opposition by Defendants GORDON TRUCKING and ELWOOD HILL to Plaintiff's

supplemental Motion for New Trial no later than 7 days before the new hearing date for the motion, or February 4, 2016.

Dated: December 28, 2015

Troy L. Nunley
United States District Judge